Yolanda Theresa GORDON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 52774.

Missouri Court of Appeals,
Western District.

March 18, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).